# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144985

IN RE:

HONORABLE DEBORAH ROSS ADAMS
3RD JUDICIAL CIRCUIT COURT

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

SC:  144985
JTC: Formal Complaint 89

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and the Honorable Donald G. Miller is appointed Master to hear Formal Complaint No. 89.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2012

_____
Clerk